IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

TROY BROWN                          :
                                    :    C.A. No.
                                    :
                                    :
          v.                        :
LESTER P. WHEELER                   :
DELAWARE EXPRESS SHUTTLE            :
and LANCER INSURANCE COMPANY        :


## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendant, Lancer Insurance Company, by and through their attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

1. Defendant, Lancer Insurance Company, Inc., at all material times, was and is a corporation incorporated under the laws of the State of Illinois.

2. Defendants, Lester P Wheeler and Delaware Express Shuttle, Inc., at all material times, were and are citizens of the State of Delaware.

3. At all material times hereto, plaintiff is and was a citizen of the Commonwealth of Pennsylvania and resides in Lincoln University, Pennsylvania. *See Exhibit A - Plaintiff's Complaint.*

4. Plaintiff has commenced a civil action against defendant in the Superior Court of Delaware in and for New Castle County. The Complaint, being the original process in this case, was filed on October 12, 2006 and was at the latest served upon Delaware Express Shuttle, October 26, 2006. Thus, this Notice of Removal is filed within the time provided by 28 U.S.C. §1446(b) and F.R.C.P. 5 See *Exhibit A - Plaintiff's Complaint.*

1

1385128 v.1

5. This action satisfies the requirements for removal within the meaning of 28 U.S.C. §1332 in that:

    a) Plaintiff and Defendant, Lancer Insurance Company citizenships are diverse;

        1) Plaintiff is a resident and citizen of the State of Pennsylvania;

        2) Defendant, Lancer Insurance Company is a citizen of a state other than Delaware. Defendant, Lancer Insurance Company, is a corporation incorporated under the laws of the State of Illinois;

        3) Defendants, Lester P Wheeler and Delaware express Shuttle, Inc. are citizens of the State of Delaware.

    b) The amount in controversy exceeds $75,000.00, exclusive of interest and costs. In the Complaint, plaintiff alleged permanent injuries as a result of the motor vehicle accident at issue in this lawsuit, *inter alia*, the following:

> 8. As a result of the incident, Plaintiff, TROY BROWN, was violently thrown about the interior of the motor vehicle in which he was a business invitee/passenger causing injury to his head, neck and left arm as well as a severe shock to his nervous system.
> 9. ....has suffered, in the future will continue to suffer, bodily injury and permanent pain and suffering and loss of a bodily function.
>
> 10. .... has been obliged to receive and undergo medical attention and care and to incur various expenses for the injuries he has suffered.
>
> 11. ..... has suffered, or may suffer, severe loss of earnings and impairment of his earning capacity and power.

*See Exhibit A.*

6. Therefore, a fair reading of the Complaint, along with the known injuries and damages, indicates that an amount in excess of $75,000 is at controversy in this case. *See Exhibit A.*

7. The undersigned counsel also represents Defendants, Lester P. Wheeler and Delaware Express Shuttle, Inc. and have consented to the removal of this action.

8. This Removal is timely filed within thirty days of receipt of the information indicating the jurisdictional amount may be met pursuant to 28 U.S.C. §1446 (b).

9. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

WHEREFORE, defendant, Lancer Insurance Company, Inc., pray that the above-captioned action now pending in the Superior Court of Delaware in and for New Castle County, be removed there from to This Honorable Court.

RAWLE & HENDERSON, LLP

By: _____
Delia A. Clark
Attorneys for Defendant, Lancer Insurance Company
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200

# EXHIBIT A

SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)
COUNTY: (N) K S     CIVIL ACTION NUMBER: 06C-10-737(___)
CIVIL CASE CODE: __CPIA__     CIVIL CASE TYPE: **Personal Injury Auto**
(SEE REVERSE SIDE FOR CODE AND TYPE)

| CAPTION:<br><br>TROY BROWN,<br>                      Plaintiff<br>v.<br><br>LESTER P. WHEELER,<br>    And<br>DELAWARE EXPRESS SHUTTLE, INC., a Delaware corporation,<br>    And<br>LANCER INSURANCE COMPANY, an Illinois Corporation,<br><br>                      Defendants. | NAME AND STATUS OF PARTY FILING DOCUMENT:<br>TROY BROWN, Plaintiff<br>DOCUMENT TYPE: (E.G. COMPLAINT, ANSWER WITH COUNTERCLAIM)<br>Complaint<br><br>Non-Arbitration ____     eFile ____<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br>Arbitration _X_  Mediation ___  Neutral Assessment ___<br>DEFENDANT (CHECK ONE)<br>ACCEPT ___   REJECT ___<br>JURY DEMAND _X_ YES ____ NO<br>TRACK ASSIGNMENT REQUESTED: (CIRCLE ONE)<br>**EXPEDITED ___  STANDARD _X_  COMPLEX ___** |
| --- | --- |
| ATTORNEY NAME (S):<br>Albert M. Greto, Esquire<br><br>FIRM NAME:<br>Law Offices of Albert M. Greto<br>1701 Shallcross Avenue, Ste. C<br>P.O. Box 756<br>Wilmington, DE  19899-0756<br><br>TELEPHONE NUMBER:<br>302-761-9000<br><br>FAX NUMBER:<br>302-761-9035<br><br>E-MAIL ADDRESS:<br>algreto@gretolaw.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br>_____<br><br>EXPLAIN THE RELATIONSHIP(S): _____<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: _____<br>_____<br>_____<br>_____<br><br>(IF ADDITIONAL SPACE NEEDED, PLEASE ATTACH PAGES) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

TROY BROWN  
145 Hall Road  
Lincoln University, PA 19352  
                Plaintiffs,

v.

C.A. # _____

LESTER P. WHEELER  
102-104 Richards Drive  
Wilmington, DE 19802  
     and  
DELAWARE EXPRESS SHUTTLE, INC.  
a Delaware corporation,  
2825 Ogletown Road,  
Newark, DE 19714  
     and  
LANCER INSURANCE COMPANY, an  
Illinois corporation,  
c/o Delaware Insurance Commissioner  
841 Silver Lake Blvd.,  
Dover, DE 19904  
                Defendants.

JURY TRIAL DEMANDED

ARBITRATION ACTION

## COMPLAINT
### PERSONAL INJURY – AUTOMOBILE ACCIDENT

Plaintiff, TROY BROWN, by and through his attorney, ALBERT M. GRETO, ESQUIRE, hereby files this Complaint, and in support thereof states the following:

1. Plaintiff, TROY BROWN, is an adult individual residing in the Commonwealth of Pennsylvania at the above-captioned address.

2. Defendant, LESTER P. WHEELER, is believed to be an adult individual residing at the above-captioned address.

3. Defendant, DELAWARE EXPRESS SHUTTLE, INC., is believed to be a corporation organized and existing under the laws of the State of Delaware, with a principal place of business located at the above-captioned address.

4. Defendant, LANCER INSURANCE COMPANY, is believed to be a corporation organized and existing under the laws of the State of Illinois, licensed to issue insurance in the state of Delaware, and upon whom service can be made pursuant to 18 Del. C. §525 by serving the State of Delaware Insurance Commissioner.

5. On or about October 15, 2004 at approximately 5:17 p.m., Plaintiff, TROY BROWN, was a business invitee/passenger in a Lincoln Towncar automobile owned by Defendant, DELAWARE EXPRESS SHUTTLE, INC. and operated by Defendant, LESTER P. WHEELER in a westerly direction on Mill Creek Road in New Castle, New Castle County, Delaware.

6. At the above time and place, Defendant, LESTER P. WHEELER, alleges that a phantom vehicle heading in an easterly direction on Mill Creek Road veered into his lane, causing Defendant, LESTER P. WHEELER, to swerve to the right and ultimately travel off of the roadway, down an embankment, causing his motor vehicle to flip onto its side and slide into a ditch.

7. Plaintiff, TROY BROWN, suffered personal injuries by reason of the aforesaid incident, more specifically hereinafter set forth.

8. As a result of said incident, Plaintiff, TROY BROWN, was violently thrown about the interior of the motor vehicle in which he was a business invitee/passenger causing injury to his head, neck, back and left arm as well as severe shock to his nervous system.

9. As a result of said incident, Plaintiff, TROY BROWN, has suffered, and in the future will continue to suffer, bodily injury and permanent pain and suffering and loss of bodily function.

10. As a result of said incident, Plaintiff, TROY BROWN, has been obliged to receive and undergo medical attention and care and to incur various expenses for the injuries he has suffered.

11. As a result of said incident, Plaintiff, TROY BROWN, has suffered, or may suffer, severe loss of earnings and impairment of his earning capacity and power.

## COUNT I
## TROY BROWN v. LESTER P. WHEELER
## (NEGLIGENT AND CARELESS CONDUCT)

12. Plaintiff, TROY BROWN, incorporates by reference the allegations set forth above as though fully set forth herein.

13. Some or all of the above-described incident and damages were caused by the negligence and carelessness of Defendant, LESTER P. WHEELER, generally and more specifically as follows:

   a. Defendant operated his vehicle in a careless or imprudent manner without due regard for road, weather and traffic conditions then existing, in violation of 21 Del. C. §4176(a);

   b. Defendant failed to give full time and attention to the operation of his motor vehicle and failed to keep a proper look out in violation of 21 Del. C. §4176(b);

   c. Defendant operated his vehicle at a speed greater than is reasonable and prudent under the conditions and without having regard to the actual and potential hazards then existing in violation of 21 Del. C. §4168(a);

   d. Defendant operated his motor vehicle without due regard for the health and safety of Plaintiff;

   e. Defendant failed to exercise due care under the circumstances; and

   f. Defendant violated ordinances, statutes and regulations of the State of Delaware with respect to the proper operation of his motor vehicle.

WHEREFORE, Plaintiff, TROY BROWN, demands judgment against Defendant, LESTER P. WHEELER, for compensatory damages, interest, costs, and any other further relief this Court deems appropriate.

## COUNT II
### TROY BROWN v. LESTER P. WHEELER AND DELAWARE EXPRESS SHUTTLE, INC.
### (RESPONDEAT SUPERIOR)

14. Plaintiff, TROY BROWN, incorporates by reference the allegations set forth above as though fully set forth herein.

15. At all times material hereto, Defendant, LESTER P. WHEELER, managed, possessed, and controlled the above-described automobile and was acting as the agent, servant, workman, and/or employee of Defendant, DELAWARE EXPRESS SHUTTLE, INC.

16. At all times material hereto, Defendant, LESTER P. WHEELER, was acting within the scope of his authority.

WHEREFORE, Plaintiff, TROY BROWN, demands judgment against Defendants, LESTER P. WHEELER and DELAWARE EXPRESS SHUTTLE, INC., jointly and severally, for compensatory damages, interest, costs, and any other further relief this Court deems appropriate.

## COUNT III
### TROY BROWN v. LANCER INSURANCE COMPANY
### (INTENDED 3RD PARTY BENEFICIARY FOR UNINSURED MOTORIST)

17. Plaintiff, TROY BROWN, incorporates by reference the allegations set forth above as though fully set forth herein.

18. At all times material hereto, upon information and belief, Defendant, LANCER INSURANCE COMPANY, insured Defendant, DELAWARE EXPRESS SHUTTLE, INC., for uninsured motorist benefits under a policy of insurance, said policy being policy number: BA1558282.

19. At all times material hereto, upon information and belief, the aforesaid policy of insurance provided coverage to drivers and passengers of the motor vehicle in which Plaintiff, TROY BROWN, was a passenger, and as such, Plaintiff, TROY BROWN, is an intended 3rd Party Beneficiary to said policy of insurance and thus entitled to coverage pursuant thereto.

20. Some or all of the above-described incident and damages were caused by the negligence and carelessness of the phantom driver generally and more specifically as follows:

   a. The phantom driver operated his vehicle in a careless or imprudent manner without due regard for road, weather and traffic conditions then existing, in violation of 21 Del. C. §4176(a);

   b. The phantom driver failed to give full time and attention to the operation of his motor vehicle and failed to keep a proper look out in violation of 21 Del. C. §4176(b);

   c. The phantom driver operated his vehicle at a speed greater than is reasonable and prudent under the conditions and without having regard to the actual and potential hazards then existing in violation of 21 Del. C. §4168(a);

   d. The phantom driver operated his motor vehicle without due regard for the health and safety of Plaintiff;

   e. The phantom driver failed to exercise due care under the circumstances; and

   f. The phantom driver violated ordinances, statutes and regulations of the State of Delaware with respect to the proper operation of his motor vehicle.

21. At all times material hereto, upon information and belief, Defendant, LANCER INSURANCE COMPANY, is obligated to compensate Plaintiff, TROY BROWN, for the injuries he sustained by a phantom driver under the uninsured motorist coverage pursuant to the aforesaid policy of insurance and 18 Del. C. §3901 et. seq.

WHEREFORE, Plaintiff, TROY BROWN, demands judgment against Defendant, LANCER INSURANCE COMPANY, for compensatory damages, interest, costs, and any other further relief this Court deems appropriate.

RESPECTFULLY SUBMITTED

BY: _____
ALBERT M. GRETO, ESQUIRE
Attorney for Plaintiff
Supreme Court ID# 3811
1701 Shallcross Avenue, Ste. C
P.O. Box 756
Wilmington, DE 19899-0756
Ph.: 302.761.9000
Fx.: 302.761.9035

DATE: October 12, 2006

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copies of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiff, Albert M. Greto, 1701 Shallcross Avenue, Ste C, PO Box 756, Wilmington, DE 19899-0756.

RAWLE & HENDERSON, LLP

By: _____
Delia A. Clark
Attorneys for Defendant, Lancer Insurance Company
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200

Dated: November 21, 2006

# CIVIL COVER SHEET

civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFFS
TROY BROWN

(b) County Of Residence Of First Listed Plaintiff  Delaware
(EXCEPT IN U.S. PLAINTIFF CASES)

### DEFENDANTS
LESTER P. WHEELER, DELAWARE EXPRESS SHUTTLE, INC AND LANCER INSURANCE COMPANY

County Of Residence Of First Listed  New Castle
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorneys (Firm Name, Address, And Telephone Number)
Albert M. Greto,
Law Offices of Albert M. Greto
1701 Shallcross Avenue, Ste C
Wilmington, DE  19899
302-761-9000

Attorneys (If Known)  Delia A. Clark
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801

## II. BASIS OF JURISDICTION  (PLACE AN "X" IN ONE BOX ONLY)

☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. Government Not a Party)
☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
For diversity cases only
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☒2 | ☐2 | Incorporated or Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury-- Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury-- Product Liability | ☐625 Drug Related Seizure of Property 21, USC | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault, Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐640 R.R. & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | ☐370 Other Fraud | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐371 Truth in Lending | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☒350 Motor Vehicle | ☐380 Other Personal Property Damage | ☐690 Other | | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholder's Suits | ☐355 Motor Vehicle Product Liability | ☐385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury | | ☐710 Fair Labor Standards Act | ☐861 HIA (1395FF) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt. Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| | | | | ☐863 DIWC/ DIWW(405(g)) | ☐893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐730 Labor/Mgmt. Reporting & Disclosure Act | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motions to Vacate Sentence | ☐740 Railway Labor Act | ☐865 RSI (405(g)) | ☐895 Freedom of Information Act |
| ☐220 Foreclosure | ☐442 Employment | **HABEAS CORPUS:** | ☐790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations | ☐530 General | ☐791 Empl. Ret. Inc. Security Act | ☐870 Taxes | ☐950 Constitutionality of State Statutes |
| ☐240 Torts to Land | ☐444 Welfare | ☐535 Death Penalty | | ☐871 IRS – Third Party 20 USC 7609 | ☐890 Other Statutory Actions |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐540 Mandamus & Other | | | |
| ☐290 All Other Real Property | | ☐550 Civil Rights | | | |
| | | ☐555 Prison Condition | | | |

## V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite The U.S. Civil Statute Under Which You Are Filing And Write A Brief Statement Of Cause)
Do Not Cite Jurisdictional Statutes Unless Diversity.)  Diversity of Citzenship pursuant to 28 U.S.C §1332

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions)

DOCKET NUMBER

DATE:  November 21, 2006

SIGNATURE OF ATTORNEY OF RECORD  [signature]

**FOR OFFICE USE ONLY**

RECEIPT # ____   AMOUNT $ ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06 - 704

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

NOV 2 1 2006
_____    _____
(Date forms issued)                (Signature of Party or their Representative)

                                    Gerald J. Vintigni
                                   _____
                                   (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action