IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TROY BROWN                              :   C.A. No.
    Plaintiff                          :
                                        :
                                        :
    v.                                 :
LESTER P. WHEELER, DELAWARE             :   JURY TRIAL DEMANDED
EXPRESS SHUTTLE, INC.                   :
and LANCER INSURANCE COMPANY            :
                                        :
    Defendants                         :
                                        :

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Lancer Insurance Company in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Lancer Financial Group


Date:  November 21, 2006        Signature:  [signature]
                                Counsel for:  Defendant, Lancer Insurance Company


1389290 v.1

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

        (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

        (2) promptly file a supplemental statement upon any change in the information that the statement requires.

1389290 v.1