IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TROY BROWN                              :
                                        :   C.A. No. 06cv-704-SLR
                                        :
        v.                              :
LESTER P. WHEELER                       :
DELAWARE EXPRESS SHUTTLE                :
and LANCER INSURANCE COMPANY            :

**ORDER**

This 12th day of January 2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1.  Pre-Discovery Disclosures. The parties will exchange by January 15, 2007, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2

2.  Discovery.

    (a)  Discovery will be needed on the following subjects: liability and damages, including the possibility of punitive damages.

    (b)  All discovery shall be commenced in time to be completed by April 15, 2007.

    (c)  Maximum of  25  interrogatories by each party to any other party.

    (d)  Maximum of  30  requests for admission by each party to any other party.

    (e)  Maximum of  5  depositions by plaintiff and  5  by defendant.

    (f)  Each deposition, other than those of the parties, limited to a maximum of

1407709 v 1

    _2_ hours unless extended by agreement of parties.

  (g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by __May 15, 2007__. Rebuttal expert reports due by __July 15, 2007__.

  (h) Supplementations under Rule 26(e) due __within 30 days__.

  (i) Discovery Disputes. Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to two (2) Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

  3. Joinder of other Parties, Amendment of Pleadings, and Class Certification. All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before __February 1, 2007__.

  4. Applications by Motion. Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.

  5. ~~Status Conference by Telephone. A status conference will be held via telephone on ____ at 9:00 a.m. to discuss scheduling~~ of the trial. Plaintiffs' counsel shall initiate the call.

*SLR 1/12/07*

  6. Motions in Limine. All motions *in limine* shall be filed on or before 8/29/07. All responses to said motions shall be filed on or before 9/6/07.

7. Pretrial Conference. A pretrial conference will be held on 9/12/07 at 4:30 p.m. Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

8. Trial. This matter is scheduled for a     /week] __jury trial__ commencing 10/9/07 in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge