

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

TROY BROWN

V.

LESTER WHEELER

DELAWARE EXPRESS SHUTTLE

AND LANCER INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06cv-704

TO: (Name and address of Defendant)

Lester P. Wheeler
19 6th Avenue
Browntown
Wilmington, DE 19805

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Albert M. Greto, Esquire
1701 Shallcross Avenue, Suite C
PO Box 756
Wilmington, DE 19899-0756
Ph: 302-761-9000
Fx: 302-761-9035

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

2/1/07

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 2/2/2007 @ 6:06 p.m. |
| NAME OF SERVER (PRINT)<br>Michael T. O'Rourke | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Lester P. Wheeler, personally, 19 Sixth Avenue, Wilmington, DE 19805**

**60, M, W, 5'8", 180 pounds, gray hair, glasses**

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/12/2007__
              Date

Michael T. O'Rourke

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure