IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TROY BROWN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civ. No. 06-704-SLR |
| v. | * | |
| | * | |
| LESTER P. WHEELER, DELAWARE | * | |
| EXPRESS SHUTTLE, and LANCER | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendants. | * | |

NOTICE OF DEPOSITION

TO:   Delia Clark, Esq.
        Rawle & Henderson, LLP
        300 Delaware Avenue
        Suite 1015
        Wilmington, DE 19801

PLEASE TAKE NOTICE that Albert M. Greto, Esquire, attorney for Plaintiff, will take the oral deposition of the defendant, Lester P. Wheeler on Tuesday, June 26, 2007 at 1:00 p.m. in the law offices of Albert M. Greto, Esquire, 1700 Shallcross Avenue, Suite C, Wilmington, Delaware 19899-0756.

                                      /S/ Albert M. Greto, Esq. – ID#3811___
                                      ALBERT M. GRETO, ESQUIRE
                                      Attorney for Plaintiffs
                                      Supreme Court ID# 3811
                                      1701 Shallcross Avenue, Ste. C
                                      P.O. Box 756
                                      Wilmington, DE 19899-0756
                                      Ph.: 302.761.9000 Fx.: 302.761.9035
                                      E-Mail: algreto@gretolaw.com

Date: June 6, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TROY BROWN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civ. No. 06-704-SLR |
| v. | * | |
| | * | |
| LESTER P. WHEELER, DELAWARE | * | |
| EXPRESS SHUTTLE, and LANCER | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF SERVICE

I, Brenda R. Osberg, paralegal to Albert M. Greto, Esq. hereby certify that on this 6st day of June, 2007, I have caused to be served via e-service a Notice of Deposition for Defendant, Lester P. Wheeler upon Delia A. Clark, Esq., Rawle and Henderson, 300 Delaware Avenue, Suite 1015, P.O. Box 588, Wilmington, DE 19899-0588.

/s/Brenda R. Osberg
Brenda R. Osberg
Paralegal to Albert M. Greto