# ALBERT M. GRETO, ESQUIRE
## ATTORNEY AT LAW

1701 SHALLCROSS AVENUE  
SUITE C  
P.O. BOX 756  
WILMINGTON, DELAWARE 19899-0756

PHONE: (302) 761-9000  
FAX: (302) 761-9035

June 22, 2007

Ms. Roseanna DiMeo, Case Manager  
For The Honorable Sue L. Robinson  
United States District Court  
844 King Street  
Room 4209  
Lock Box 18  
Wilmington, DE  19801

RE:   Brown v. Wheeler, et al  
       Civ. No. 06-704-SLR

Dear Ms. DiMeo:

I am writing to inform you that the parties have reached a tentative agreement resolving this matter.  The only variable to be captured and incorporated into the agreement is a worker's compensation lien which the plaintiff is attempting to resolve.

I have spoken with opposing counsel in this matter, Delia Clark, Esquire, and we both agree that the depositions scheduled for Tuesday, June 26, 2007 should be continued for thirty days so that the parties can incorporate into their agreement the Compromise and Release for the worker's compensation claim and lien therefor.  I have made attempts to contact the worker's compensation claim adjuster, Anthony Gueriera, but he is out of the office until Tuesday, June 26.

It is our hope that the foregoing is acceptable to the Court,  as it is acceptable to counsel and the parties.  I do expect that this matter will resolve without the need for further litigation. Please contact Ms. Clark and me to advise us as to whether the foregoing is acceptable to the Court.

Respectfully submitted,

Albert M. Greto

AMG/bro  
cc:    Delia Clark, Esq. (via fax: 302-778-1400)  
       Troy Brown