IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

TROY BROWN                              :
                                        :   C.A. No. 06cv-704
                                        :
        v.                              :
                                        :
LESTER P. WHEELER                       :
DELAWARE EXPRESS SHUTTLE                :
and LANCER INSURANCE COMPANY            :

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

It is hereby stipulated and agreed by and between counsel of record for the parties herein that the above-captioned matter be dismissed with prejudice.

_____        _____
Delia A. Clark, Esquire                 Albert Greto, Esquire
Rawle & Henderson. LLP                  1701 Shallcross Avenue Ste C
300 Delaware Avenue                     PO Box 756
Suite 1015                              Wilmington DE 19899-0756
Wilmington, DE 19103                    Attorney for Plaintiff
Attorney for Defendants

2135053-1